Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000879
26-SEP-2016
09:27 AM

NO. CAAP-15-0000879

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JPMORGAN CHASE BANK, Plaintiff-Appellee,
v.
ROBERT ISAUO LORIN and MINE MICHUO LORIN, Defendants-Appellants,
AND
DERUMY DEYSHINE, Defendant-Appellee,
AND
JOHN DOES and MARY DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1074)

ORDER APPROVING THE AUGUST 15, 2016
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed August 15, 2016, by Defendants-Appellants Robert Isauo Lorin and Mine Michuo Lorin, the papers in support, and the record, it appears that (1) the appeal was docketed on December 9, 2015; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel and all pro se parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, September 26, 2016.

Chief Judge

Associate Judge

Associate Judge